UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF ALIGN TECHNOLOGY INC. AND ALIGN (SICHUAN) MEDICAL EQUIPMENT CO. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 | Case No. 22-mc-80315-AGT<br><br>**ORDER AUTHORIZING DISCOVERY FOR USE IN FOREIGN LITIGATION**<br><br>Re: Dkt. No. 1 |

Align Technology Inc. and Align (Sichuan) Medical Equipment Co. may serve the University of California Regents with their proposed subpoena. The subpoena satisfies 28 U.S.C. § 1782, as it seeks discovery for use in a foreign proceeding in China in which Align Sichuan is a party, and because the UC Regents resides within this district.

This order is without prejudice to any objections the UC Regents may make, or motions the UC Regents may file, in response to the subpoena. If, however, no motion or request for relief is filed within the next 90 days, the Clerk of the Court will close the case.

**IT IS SO ORDERED.**

Dated: December 9, 2022

Alex G. Tse
United States Magistrate Judge